IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00399-WYD-KLM

BITUMINOUS CASUALTY CORPORATION,

    Plaintiff,

v.

FRONT RANGE EXCAVATING, INC.,
TRI-STAR CONSTRUCTION WEST, LLC, and
GOLDEN PEAK AT PALOMINO PARK, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff **Bituminous Casualty Corporation's Unopposed Motion to Appear by Telephone at June 17, 2013 Scheduling Conference** [Docket No. 22; Filed May 28, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's national counsel, Bates Carey Nicolaides, LLP, may appear by telephone at the Scheduling Conference on June 17, 2013 at 11:00 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    Dated:  May 28, 2013