**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   September 17, 2014 |
| E.C.R./Reporter:    Janet Coppock | |

Civil Action No: **13-cv-00399-WYD-KLM**            Counsel:

**BITUMINOUS CASUALTY**                              John A. Husmann
**CORPORATION**,                                     Steven R. Kabler

      Plaintiff,

v.

**FRONT RANGE EXCAVATING, INC., et**                 Jeremy A. Sitcoff
**al.**,                                             Elisabeth L. Owen

      Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**10:03 a.m.**     Court in Session

             APPEARANCES OF COUNSEL.

             Court's opening remarks and review of the history of the case.

             Plaintiff's Motion for Summary Judgment as to Counts I and II of Bituminous'
             Complaint for Declaratory Judgment [ECF Doc. No. 46], filed March 7, 2014, is
             raised for argument.

10:13 a.m.     Argument by Plaintiff (Mr. Husmann).

10:19 a.m.     Argument by Defendants (Ms. Owen).

10:50 a.m.     Argument by Plaintiff (Mr. Husmann).

11:04 a.m.      Argument by Defendants (Ms. Owen).

11:05 a.m.      Argument by Plaintiff (Mr. Husmann).

11:18 a.m.      Argument by Defendants (Ms. Owen).

**ORDERED:**   Plaintiff's Motion for Summary Judgment as to Counts I and II of Bituminous' Complaint for Declaratory Judgment [ECF Doc. No. 46], filed March 7, 2014, is **TAKEN UNDER ADVISEMENT.**

**11:19 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  1:16**