IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00399-WYD-KLM

BITCO GENERAL INSURANCE CORPORATION,

    Plaintiff,

v.

FRONT RANGE EXCAVATING, INC.,
TRI-STAR CONSTRUCTION WEST, LLC, and
GOLDEN PEAK AT PALOMINO PARK, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Change Case Caption** [#64][1] (the "Motion"). In the Motion, Plaintiff states that "[t]he name Bituminous Casualty Corporation is no longer in use by the Plaintiff" and that "Plaintiff's new name is BITCO General Insurance Corporation," *Id.* at 1. As a result, Plaintiff asks the Court to modify the caption to reflect its new business name. *Id.* at 1-2.

    IT IS HEREBY **ORDERED** that the Motion [#64] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the caption in this case shall be modified as shown above to substitute Plaintiff's new business name, BITCO General Insurance Corporation, for its former name.

    Dated: October 10, 2014

---

[1] "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.